UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Linda Faye Sledge<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 17-37207<br><br>Chapter: 13<br>Judge Jacqueline P. Cox<br>Cook |

## ORDER MODIFYING THE AUTOMATIC STAY

THIS CAUSE coming to be heard on the motion of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, a secured creditor herein, for relief from the automatic stay, the Court having jurisdiction over the subject matter and due notice having been given; and the Court finding that the mortgage held by said creditor is in default and that the security interest of said creditor is not adequately protected:

WHEREFORE, IT IS HEREBY ORDERED:
(1) Pursuant to 11 U.S.C. Section 362(d), that NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER its principals, agents, successors and/or assigns is granted relief from the automatic stay provisions of 11 U.S.C. Section 362(a) by modifying said stay to permit them to pursue all non bankruptcy remedies and work out options as to the property commonly known as 2803 183rd St, Lansing, Illinois 60438-2952.

(2) No further payments are to be disbursed to NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER on its secured claim.

(3) Rule 4001(a)(3) is waived and NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER may immediately enforce and implement this order granting relief from the automatic stay.

Enter:

*/s/ Jacqueline P. Cox*
J.P. Cox

Judge Jacqueline P. Cox
United States Bankruptcy Judge

Dated: October 29, 2019

**Prepared by:**

Brenda Likavec ARDC#6330036
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
C&A FILE(14-17-16294)

Rev: 201100318_bko