UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

| | |
|---|---|
| Linda Faye Sledge | Case No: 17-37207 |
|  | Chapter: 13 |
|  | Hearing date: 12/07/20 |
| Debtor(s) |  |
|  | Judge Jacqueline P. Cox |

*[FILED stamp: UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS, DEC 03 2020, JEFFREY P. ALLSTEADT, CLERK, INTAKE 1]*

## NOTICE OF MOTION

TO: Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603 via USPS and electronic notice via Court Clerk.

PLEASE TAKE NOTICE that on 12/07/20, or as soon thereafter as I may be heard, I will appear before JUDGE JACQUELINE P. COX or any judge sitting in the judges place, and present the motion of the undersigned, a copy of which is attached hereto and herewith served upon you. This appearance will be presented and heard electronically, by using Zoom for Government, via link: https://www.zoomgov.com/ as directed by the Trustee, Tom Vaughn.

## PROOF OF SERVICE

The undersigned hereby certifies, under penalty of perjury, that I have served a copy of this notice along with the attached Motion and exhibits upon the party listed above, via Bankruptcy court clerk and to be delivered via USPS notice on Wednesday December 3, 2020 by causing same to be mailed in a properly addressed envelope, from 2803 183rd st. Lansing IL 60438 before the hour of 5:00 PM on December 3, 2020.

*/s/ Linda F. Sledge*

Linda F. Sledge
2803 183rd st.
Lansing IL 60438
773-392-8043

December 2, 2020

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

Linda Faye Sledge

Debtor(s)

Case No: 17-37207
Chapter: 13
Hearing date: 12/07/20

Judge Jacqueline P. Cox

## MOTION OBJECTING TO TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS

Now comes Linda F. Sledge, in the above titled case and moves this Court to "Discharge" bankruptcy case# 17-37207 as "Paid in full". This motion objecting to the Trustee's motion to dismiss for failure to make plan payments, is supported by:

1. The Principle balance of $1335.17 has been paid (Exhibit 1), however:

2. There appears to be a discrepancy related to "unsecured" claim's for the IRS and AT&T:

    a. The Trustee has paid the IRS a total of $4,201.91, the record on the National Data Center (NDC) website states that the IRS submitted a claim for $51.25 (Exhibit 2). Please submit an explanation or a refund for the discrepancy of $4,150.66.

    b. AT&T is not a creditor of mine and was not listed as a creditor for this bankruptcy case (Exhibit 3). I do not owe any monies to AT&T, and still have them as my cable service. Please explain who listed this company as a creditor and decided to accept and pay their claim for $982.74? Please submit AT&T's purpose for claiming $982.74 in this bankruptcy case. According to the NDC; the Trustee has paid AT&T $231.20 (Exhibit 3#a) If a refund is owed, please submit it.

**lawyer in other respects; (c) engage in conduct involving dishonesty, fraud, deceit or misrepresentation; (d) engage in conduct that is prejudicial to the administration of justice; (f) knowingly assist a judge or judicial officer in conduct that is a violation of applicable rules of judicial conduct or other law. Mr. Wu does not have permission to represent me, communicate to the trustee or any other issues that relate to this Bankruptcy case.**

- **All exhibits, accept (exhibit 4) were taken from the National Data Center website on 10/2/20.**

**WHEREFORE, I pray that this case be discharged as "Paid in full", with respect to the full payment of the principle balance $1335.17.**

**Respectfully submitted,
Linda F. Sledge
2803 183rd st.
Lansing IL 60438
lfaye56@yahoo.com
(773) 392-8043**

*Linda F. Sledge*

**United States Bankruptcy Court**
**Northern District of Illinois**

Jeffrey P. Allsteadt, Clerk of Court



Date: 12/08/2020

Linda Faye Sledge
2803 183rd Street
Lansing, IL 60438

**Letter to Filer:**

Case Number, *if applicable*: 17-37207
Case Name, *if applicable*: Linda Faye Sledge

### RETURN CHECK /MONEY ORDER/CASHIER'S CHECK

☐ Unsigned
☐ Debtor(s) or Company check unacceptable
☐ No fee is required
☐ OTHER: Please refer to last page – ADDITIONAL INFORMATION section.

### NEW BANKRUPTCY CASE

We were unable to process your case because the following documents are missing and required at case opening:

☐ Voluntary Petition (Official Form 101 or 201)
☐ No form of payment (one of the following is required)
 - Full Filing Fee
 - Application/Order for Individuals to Pay the Filing Fee in Installments (Official Form 103A)
 - Application/Order to Have the Chapter 7 Filing Fee Waived (Official Form 103B)
☐ OTHER: Please refer to last page – ADDITIONAL INFORMATION section.

### CORRECTION(S) REQUIRED

☐ Alias Summons:

☐ Amended Adversary Complaint:

☐ Adversary Proceeding Coversheet:

☐ Amended Petition to Correct:

Letter to Filer – Page 2

☐ Motion to Redact and Proposed Order[1]

☐ **OTHER: Please refer to ADDITIONAL INFORMATION section below.**

---

**DEFICIENCY** – Please make all necessary corrections to the document(s) listed below:

☐ Amended Schedule/List of Creditors is deficient for payment. Please submit payment.

☐ Motion is deficient for payment. Please submit payment.

☑ Notice of Motion – please complete and submit.

☑ Proposed Order – please complete and submit.

☑ **OTHER: Please refer to ADDITIONAL INFORMATION section below.**

---

**INFORMATION**

☐ **CREDIT BUREAU** – The bankruptcy court does NOT perform any activities with the credit bureaus. You must contact the individual credit bureaus for their procedure for removing your bankruptcy filing from their credit report.

☐ No record of the case name or number exists in our court; therefore we cannot process your request and we're returning the enclosed documents to you.

☐ Case name/number is missing. Please provide the case name/number.

☐ There are several debtors listed. Please provide the correct case number.

---

**ADDITIONAL INFORMATION:**

At your earliest please mail or email an Amended Notice of Motion for a future date since the Motion received for Objecting to Trustee's Motion to Dismiss for Failure to Make Plan Payments has a past date.

You can email your Amended Notice of Motion to: prosebankruptcy_efiling@ilnb.uscourts.gov

Also include a Proposed Order.

---

[1] A motion to redact personal information prohibited under Fed.R. Bankr. P. 9037(A) should be filed without notice of motion and without serving other parties. The motion must be accompanied by a redacted version of the filed document and a proposed order requiring the clerk to substitute the redacted document for the un-redacted document. A proposed order can be found on the courts website http://www.ilnb.uscourts.gov under Forms/Local Bankruptcy Forms titled Order to Redact. We are attaching a sample of the order.

---

**IF APPLICABLE**

Include the name of the debtor/joint debtor, the case number, the signature of the debtor/joint debtor on all required documents.

Include the signature of the attorney representing the debtor/joint debtor.

**FORM OF PAYMENT REQUIREMENT** – Cashier's check or money order payable to **Clerk, U. S. Bankruptcy Court.**

**Mail the required document(s) or payment listed above, including this Letter to my attention at:**
**United States Bankruptcy Court, Eastern Division, 219 S. Dearborn, Chicago, IL 60604**

Deputy Clerk    Christina Corona

Contact Number    312-408-5000

Updated: 11/22/2017

UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

RE: LINDA FAYE SLEDGE ) Case No. 17 B 37207
)
Debtor ) Chapter 13
)
) Judge: JACQUELINE P COX

## NOTICE OF MOTION

LINDA FAYE SLEDGE
2803 183RD ST
LANSING, IL 60438

LEDFORD WU & BORGES
via Clerk's ECF noticing procedures

Please take notice that on December 07, 2020 at 9:00 am., I will appear before the Honorable Judge JACQUELINE P COX or any judge sitting in the judge's place, present the motion set forth below.

**This motion will be presented and heard electronically using Zoom for Government.**
No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video,** (1) use this link: https://www.zoomgov.com/. (2) Enter the meeting ID 1612732896. (3) Enter the passcode 778135.

**To appear by telephone,** (1) call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. (2) Enter the meeting ID 1612732896. (3) Enter passcode 778135.

**When prompted identify yourself by stating your full name.**

**To reach Judge Cox's web page** go to www.ilnb.uscourts.gov and click on the tab for Judges.

**If you object to this motion** and want it called on the presentment date above, you may file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may call the matter regardless.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E Monroe St., Chicago, IL 60603 or by the methods indicated on November 20, 2020.

/s/ Tom Vaughn

## TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS

Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to dismiss this case in support thereof states:

1. On December 15, 2017 the Debtor filed a petition under Chapter 13 of Title 11 U.S.C.

2. The debtor's plan was confirmed on March 05, 2018.

    A summary of the debtor's plan follows:

    Monthly Payment $680.00          Last Payment Received: 07/17/2020

    Amount Paid $21,080.00           Amount Delinquent $1,335.17

WHEREFORE, the Trustee prays that this case be dismissed for material default by the debtor with respect to the term of a confirmed plan, pursuant to § 1307 (c) (6).

Respectfully submitted,
TOM VAUGHN                           /s/ Tom Vaughn
CHAPTER 13 TRUSTEE
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900

# EXHIBITS

1

# Confirmation

**Thank You!** Your payment has been made.

**SLEDGE, LINDA FAYE**

2803 183RD ST,
LANSING, IL 60438-0000

| | |
|---|---|
| **Payment Date** | 11/27/2020 |
| **Payment Method** | BANKFINANCIAL, NATIONAL ASSOCIATION *****3384 |
| **Payment Amount** | $1,335.17 |
| **Convenience Fee** | $1.50 |
| **Total Payment** | $1,336.67 |

You have been provided a confirmation number. Please save this page for your records.

Payments confirmed before Friday, November 27, 2020 5:00 PM CT will be posted on Monday, November 30, 2020. Payments confirmed after Friday, November 27, 2020 5:00 PM CT will be posted on Tuesday, December 01, 2020.

If you have any further questions about payments to Tom Vaughn Chapter 13 Trustee, please contact our office at 312-294-5900 .

| FDI Description | Case Number | Confirmation # | | Payment Type | Payment Amount |
|---|---|---|---|---|---|
| All Transactions | 17-37207 | 3128176284 | 11/26/2020 | Regular Plan Payment | $1,335.17 |

NATIONAL DATA CENTER

| | |
|---|---|
| Months Since Confirmation | 33 |
| Months Since Petition Filed | 36 |
| Months Since First Payment Due | |
| Principal Balance | **$1335.17** |
| Estimated Months Remaining | 2 |

*Any balances displayed are not the payoff amount and are estimations based on data provided by the Trustee. You must consult the Trustee for official payoff information.

## DISBURSEMENTS

| | |
|---|---|
| Total Paid to all Parties | $21,067.95 |
| Proposed Length Of Plan | 42 |
| Percentage to Unsecured | **100.00%** ? |
| Last Disbursement Date | 07/31/2020 |

NOTICE: The information provided herein is based upon the best information available. The information is modified on a regular basis. Neither the Trustee nor the National Data Center certifies that the information is fully accurate or complete and users are cautioned to base any action based upon this information upon independent verification of the information.

2

3

# BILLBUSTERS
## Ledford, Wu and Borges, LLC
Attorneys at Law

105 W. Madison, 23rd Floor, Chicago, IL 60602
Telephone (312) 853-0200  Fax (312) 873-4693

## Initial List of Creditors

Please provide a list of who you owe, how much you owe and what type of debt it is. Do not include mortgages on real estate that you currently own or car payments on vehicles you currently own, as they have been addressed in the consultation forms. Do the best that you can, we will run a multi-bureau credit report as part of your case.

| Name of Creditor | Amount Owed | Type of Debt (credit card, medical bill, parking tickets, payday loan, utility, etc.) |
|---|---|---|
| ✓ Ingalls Hospital | $ 300 | Medical |
| University eye specialist | $ 200 | medical |
| ✓ IRS | $ 2000 | |
| Northwestern Hosp | $ 2,000 | Medical |
| Wells Fargo → ✓ WF | $ 2K | for gutter |
| Xiaoming Wu Added | $ | |
| Wells Fargo | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |

**Continue on back of sheet to list more creditors.**

# BILLBUSTERS
## Ledford, Wu and Borges, LLC
### Attorneys at Law
Giving Consumers a Fighting Chance!

## List of Creditors

Please provide a complete list of your creditors to the best of your ability. We will run a multi-bureau credit report for you before we file, but not all creditors report to the credit reporting agencies. By completing this list, we can prove to the court that you made a good faith effort to schedule all of your creditors, which is essential in receiving a discharge of your debts.

Client #: 73211    Client Name: Linda F. Sledge    Joint Client Name: ____

**1.**
Creditor Name: 5th 3rd Bank    Mailing Address: 38 Fountain Squar Plaza Cincinnati OH 45263
Collection Agent: ____    Mailing Address: ____
Account #: 0089612 1571    Date Incurred: 12-19-2012    Balance Owed: $14,881.37
Type of Debt (circle one): Credit Card  Medical Bill  Utility  Payday Loan  Student Loan  Mortgage  **(Vehicle)**  Tax  Other    CAR PAID Outside
Was this debt (circle one): **(Individual)**  Joint    Was this debt for (circle one): Husband  Wife

**2.**
Creditor Name: IRS    Mailing Address: IRS Cincinnati, OH 45999-0030
Collection Agent: IRS    Mailing Address: P.O Box 69 Stop 811 - Memphis TN 38101
Account #: 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    Date Incurred: 2014/2015    Balance Owed: $2,254.50
Type of Debt (circle one): Credit Card  Medical Bill  Utility  Payday Loan  Student Loan  Mortgage  Vehicle  **(Tax)**  Other
Was this debt (circle one): **(Individual)**  Joint    Was this debt for (circle one): Husband  Wife

**3.**
Creditor Name: Wells Fargo    Mailing Address: 800 Walnut St. Des Moines, IA 50309
Collection Agent: ____    Mailing Address: ____
Account #: 5774 4211 6359 8528    Date Incurred: 3-11-16    Balance Owed: $2,444.26
Type of Debt (circle one): Credit Card  Medical Bill  Utility  Payday Loan  Student Loan  Mortgage  Vehicle  Tax  **(Other)**
Was this debt (circle one): **(Individual)**  Joint    Was this debt for (circle one): Husband  Wife

**4.**
Creditor Name: University Eye Spec.    Mailing Address: 676 N. St Clair, Chgo IL 60611 Suite 1500
Collection Agent: ____    Mailing Address: ____
Account #: 61342    Date Incurred: 3-18-16    Balance Owed: $239.49
Type of Debt (circle one): Credit Card  **(Medical Bill)**  Utility  Payday Loan  Student Loan  Mortgage  Vehicle  Tax  Other
Was this debt (circle one): **(Individual)**  Joint    Was this debt for (circle one): Husband  Wife

**5.**
Creditor Name: Ingalls Hospital    Mailing Address: 1 Ingalls Dr. Harvey IL 60426
Collection Agent: HCFS LLC    Mailing Address: Alcoa Billing Center 3429 Regal Dr. Alcoa TN 37701
Account #: 2755879-1 + 44445094 456-8031    Date Incurred: 8-11-16    Balance Owed: $1,322.00
Type of Debt (circle one): Credit Card  **(Medical Bill)**  Utility  Payday Loan  Student Loan  Mortgage  Vehicle  Tax  Other
Was this debt (circle one): **(Individual)**  Joint    Was this debt for (circle one): Husband  Wife

3A



## CLAIM DETAIL  AT&T

*DO NOT OWE Not listed as a creditor*

### AT&T BANKRUPTCY - UNSECURED

🗕 Hide All Claim Information

## CLAIM DETAIL

| | |
|---|---|
| Claim Number | 19 |
| Claim Description | UNSECURED |
| Class Type Description | UNSECURED |
| Level | 33 |
| Comment | FU$982.74 |
| Account Number | 2420 |
| Reference Number | 2257834 |
| UCI | |
| Claim Filed Date | 02/13/2018 |

## CLAIM AMOUNTS

| | |
|---|---|
| Claim Amount | **$982.74** |
| Scheduled Amount | $0.00 |
| Monthly Payment | $0.00 |
| Collateral Value Amount | $0.00 |
| Principal Paid | $231.20 |
| Principal Owed | $751.54 |

Page 1 of 2

**AT&T BANKRUPTCY**

PAID TO DATE  $231.20

**INGALLS MEMORIAL HOSPITAL**

PAID TO DATE  $145.31

**INTERNAL REVENUE SERVICE**

PAID TO DATE  $0.00

# UNFILED/OTHER

**View All Claim Information**

0

DEBTOR REFUND

$0.00

6

ACCOUNT RESOLUTION SVC

UNSECURED

$0.00

0317

7

ACCOUNT RESOLUTION SVC

UNSECURED

$0.00

1283

4

**Email Sent : Sledge, Linda : Borges and Wu, LLC : File <73211>**

From: BillBusters (tm) (billbustersclientemail@gmail.com)

To: lfaye56@yahoo.com

Date: Monday, November 30, 2020, 11:09 AM CST

# BillBusters
## BORGES AND WU, LLC.
# 312-853-0200

Dear Ms. Sledge:

The Trustee has filed a motion to dismiss your Chapter 13 bankruptcy because the trustee's record shows that you are $2720.00 in default on the plan payment. The hearing date for this motion is 12/7/2020.

You must:

1. Mail or drop off at our office $2720.00 in money order or cashier's check, payable to **"Tom Vaughn, Trustee"** with your case number on it, to: Tom Vaughn, Trustee PO Box 588, Memphis, TN 38101-0588, no later than one week before the next hearing date; and

2. Fax the receipt of the payment to this office (312-873-4693) as soon as you put the payment in the mail OR

3. Call 877-495-7971 to make the Tom Vaughn ePay payment. Please call our office with the confirmation number and amount of the payment.

If you believe that you are current with the Trustee, you must provide proof of every payment made to the Trustee from the date that this case was filed. Proper proof consists of the front and back of EVERY money order/cashier's check mailed to the Trustee and/or copies of EVERY paycheck showing a deduction for the Trustee.

If you have had a significant change in circumstances (ie: decrease in pay or increase in expenses), we MAY be able to file a motion to defer the arrears. In order to do so, we will need proof of the change (pay stubs, copies of bills, etc.) BEFORE the court date. If you fail to follow these instructions, the court will dismiss your case. Thank you for your prompt attention.

Sincerely,

*Xiaoming Wu*
Attorney at Law