# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

| | |
|---|---|
| Linda Faye Sledge<br>Pro-Se<br><br>Debtor(s) | Case No: 17-37207<br>Chapter: 13<br>Hearing date: 1/25/21<br><br>Judge Jacqueline P. Cox |

## NOTICE OF MOTION

TO: Chapter 13 Trustee, M.O Marshall; 55 E. Monroe Street, Suite 3850, Chicago, IL 60603 via USPS certified mail, and via email to chiweb@55chapter13.com.

PLEASE TAKE NOTICE that on 1/25/21, or as soon thereafter as I may be heard, I will appear before JUDGE JACQUELINE P. COX or any judge sitting in the judges place, and present the motion of the undersigned, a copy of which is attached hereto and herewith served upon you. I am requesting that the court clerk send confirmation of the date, time and zoom identification for appearance.

## PROOF OF SERVICE

The undersigned hereby certifies, under penalty of perjury, that I have served a copy of this notice along with the attached Motion and exhibits upon the party listed above, via email to chiweb@55chapter13.com, as directed by the Chapter 13 Trustee website, on Tuesday January 19, 2021 by causing same to be mailed in a properly addressed envelope, overnight express certified mail, from 2803 183rd st. Lansing IL 60438 before the hour of 5:00 PM on January 20, 2021. This amended 'Notice of Motion" sent via email to prosebankruptcy_efiling@ilnb.uscourts.gov to Deputy Clerk Christina Corona.

*Linda F. Sledge*

Linda F. Sledge
2803 183rd st.
Lansing IL 60438
773-392-8043

1/19/2021

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

JAN 22 2021

JEFFREY P. ALLSTEADT, CLERK
INTAKE 1

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

    **Linda Faye Sledge**
    Pro-Se

    **Debtor(s)**

Case No: 17-37207
Chapter: 13
Hearing date: 1/25/21

Judge Jacqueline P. Cox

F I L E D
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

JAN 22 2021

JEFFREY P. ALLSTEADT, CLERK
INTAKE 1

### MOTION OBJECTING TO TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS

Now comes Pro-se litigant, Linda F. Sledge, in the above titled case and moves this Court to "Discharge" bankruptcy case# 17-37207 as "Paid in full" in accordance with 11 U.S. Code § 1328. This motion objecting to the Trustee's motion to dismiss for failure to make plan payments is supported by:

1. The Principle balance of $1335.17 has been paid. (Exhibit 1).

2. The Trustee has sent an audit that there is an "unaudited total due of -$5. I've sent an email to the Trustee asking the question what does this number "-$5" mean, and is this a final amount to be paid? I have not received a response. (Exhibit 2 AUDIT) (Exhibit 2a, Email)

3. The unsecured AT&T claim is false: *851. FALSE CLAIMS—18 U.S.C. § 152(4) Subsection (4) of Section 152 sets out the offense of filing a false bankruptcy claim.* According to AT&T, *"Bankruptcy case details Instruction and information important notice that all legal pleadings and notices, must be served on* **CT Corporation** *as our agent or as provided for in our notice of appearance if one is filed. Sending legal pleadings and notices to the address where you submit payment doesn't properly serve*

*the documents on AT&T."* The Audit in Exhibit 2 does not reflect **CT Corporation** as the AT&T agent in this bankruptcy.

a. AT&T is not a creditor of mine and was not listed as a creditor for this bankruptcy case (Exhibit 3). I do not owe any monies to AT&T, have not received any statements or bills indicating that I owe AT&T, and still have them as my cable service. Please explain who listed this company as a creditor deciding to accept and pay their claim for $982.74? Please submit AT&T's claim form outlining their purpose for claiming $982.74 in this bankruptcy case. According to the NDC; the Trustee has paid AT&T $231.20 (see exhibit2). If a refund is owed, please submit it.

4. I have sent several notices to the Trustee stating that Xiaoping Wu was terminated as my attorney on 10/29/2019.

- **Xiaoming Wu has Violated** *Rule 1.16 Declining or Terminating Representation: [1] A lawyer should not accept representation in a matter unless it can be performed competently, promptly, without improper conflict of interest and to completion; a lawyer shall not represent a client or, where representation has commenced, shall withdraw from the representation of a client if: (3) <u>the lawyer is discharged.</u> AND:*
- *III. Mandatory Withdrawal [2] A lawyer ordinarily must decline or withdraw from representation if the client demands that the lawyer engaged in conduct that is illegal or violates the Rules of Professional Conduct or other law. (b) commit a criminal act that reflects adversely on the lawyer's honesty, trustworthiness or fitness as a lawyer in other respects; (c) engage in conduct involving dishonesty, fraud, deceit or misrepresentation; (d) engage in conduct that is prejudicial to the administration of justice; (f) knowingly assist a judge or judicial officer in conduct that is a violation of applicable rules of judicial conduct or other law.* Xiaoming Wu refused to acknowledge that he was terminated; ignored my letter of demand sent to his office; ignored emails sent on Jul 25, 2020 at 5:13 PM; November 30, 2020 at 7:20pm; and Tue, Dec 1, 2020 at 11:19. He has

masqueraded as my Attorney accepting documents, from a mortgagor and the bankruptcy Trustee, after being told that he is terminated and does not have permission to accept any documentation or continue to represent me. He has continued to represent me from the time of his termination October 29, 2019 through December/2020. Please do not send any correspondence to Xiaoming Wu, or any Attorney, staff or representative of Billbusters concerning bankruptcy case# 17-37207, for obvious reasons and discrepancies as outlined in this motion. I appreciate that officers of the court be professional, and do not show bias, hatred and personal ill will towards me regarding this issue as was done in past court appearances, thank-you.

- Mr. Wu failed to modify this plan, after my Mortgage company, Pacific Union did not file a claim for any monies, this notice should have modified the bankruptcy to less than a 5 year payment plan. (*11 U.S. Code § 1329 - Modification of plan after confirmation*). Mr. Wu has not revisited this plan, or communicated with me, since he received a retainer payment of $1,500 December/2017, and $3000 paid in full, first, from the Trustee before creditors received payments.

- Mr. Wu failed to notify me that AT&T presented themselves as a creditor when I did not list them on the creditor list, thus, accepting a fraudulent claim.

- Mr. Wu violated all aspects of the Attorney Client agreement, did not respond to, defend or object to the motion for relief from automatic stay, any adversary proceedings or contested bankruptcy matters, leaving me to defend myself without counsel; did not inform me that other attorneys may appear in court or that I would see other attorneys in his office; did not counsel me regarding any aspects of hearings or address my concerns; did not attend 341 meeting of creditors; did not return phone calls after I made attempts to contact him at the South Holland office where I retained him, never available to respond to

questions throughout the term of the plan; Did not prepare, file, or serve timely modifications to the plan after confirmation.

- Only being seen by me at 3 court appearances, he allowed Nationstar Mortgage, to submit fraudulent documents and make perjurious statements that I was delinquent in mortgage payments when I was not, he colluded with officers of the court and adversary attorneys, going into Judges chambers making plans to mob and attack me in court hearings giving an appearance of impropriety. To date, Nationstar Mortgage has not provided ANY documentation in State Court, that they have a financial interest in my home; that Pacific Union assigned my mortgage to them or that I was delinquent on payments. Mr. Wu stood silent and refused to acknowledge bank statements confirming that I was not delinquent, while listening to Nationstar attorney perjure themselves and not showing documentation of delinquency.

- On October 21, 2019 Xiaoming Wu removed me from the courtroom of Judge Jacqueline Cox to the corridor where he berated me and threaten to kill me for exposing his participation in foreclosure fraud and Loan servicing fraud with Nationstar Mortgage, (Police RD: JC491963); he lied to the court regarding mortgage and Trustee payments informing me in the corridor that *"I will tell the judge you are delinquent"; "things are not done this way, I'll kill you, don't you owe, don't you owe!!!!*.

- Still masquerading as my attorney, Mr. Wu sent an email that the trustee said I am delinquent of $2720.00, (Exhibit 4) without attaching documentation from the trustee, and without responding to the Chapter 13 trustee's motions to dismiss the case, just an email to "send him the money". It was not until Mr. Wu became aware that I informed the court of his behavior for hearing date on 12/07/20, that he sent a notice withdrawing from this case.

- I have paid another attorney $4000 to represent me in state court and to undo the damages caused by Attorney Xiaoming Wu's negligence. Mr. Wu is aware of the above complaints and other violations of conduct. Mr. Wu failed to adequately represent me throughout the course of this chapter 13 bankruptcy.

- In conclusion, Xiaoming Wu was under a contractual obligation to perform services in this bankruptcy case. I received substandard, negligent and incompetent representation in return for monies paid to Xiaoming Wu, who simply failed and ignored providing any legal services necessary for the administration of this case before the bankruptcy court. Rather than being treated as a client, I was treated as an adversary.

WHEREFORE, I pray that this case be discharged as "Paid in full", with respect to the full payment of the principle balance $1335.17; that Xiaoming WU be removed as the attorney on this case and a refund of $3000 be given for negligence, not seeing this case through to the end, violating the attorney client agreement and overall, taking my money and not performing services per contract.

**Respectfully submitted,**          January 19, 2021
**Linda F. Sledge, Pro-Se**
**2803  183rd st.**
**Lansing IL 60438**
lfaye56@yahoo.com
**(773) 392-8043**

*Linda F. Sledge*
*Linda F. Sledge*

# EXHIBITS

1

11/26/2020            Verify Payment

# Confirmation

**Thank You!** Your payment has been made.

**SLEDGE, LINDA FAYE**

2803 183RD ST,
LANSING, IL 60438-0000

| | |
|---|---|
| **Payment Date** | 11/27/2020 |
| **Payment Method** | BANKFINANCIAL, NATIONAL ASSOCIATION *****3384 |
| **Payment Amount** | $1,335.17 |
| **Convenience Fee** | $1.50 |
| **Total Payment** | $1,336.67 |

You have been provided a confirmation number. Please save this page for your records.

Payments confirmed before Friday, November 27, 2020 5:00 PM CT will be posted on Monday, November 30, 2020. Payments confirmed after Friday, November 27, 2020 5:00 PM CT will be posted on Tuesday, December 01, 2020.

If you have any further questions about payments to Tom Vaughn Chapter 13 Trustee, please contact our office at 312-294-5900 .

| FDI Description | Case Number | Confirmation # | | Payment Type | Payment Amount |
|---|---|---|---|---|---|
| All Transactions | 17-37207 | 3128176284 | 11/26/2020 | Regular Plan Payment | $1,335.17 |

NATIONAL DATA CENTER

2020-12-2 15:47:53

| | |
|---|---|
| Months Since Confirmation | 33 |
| Months Since Petition Filed | 36 |
| Months Since First Payment Due | |
| Principal Balance | **$1335.17** |
| Estimated Months Remaining | 2 |

\* Any balances displayed are not the payoff amount and are estimations based on data provided by the Trustee. You must consult the Trustee for official payoff information.

## DISBURSEMENTS

| | |
|---|---|
| Total Paid to all Parties | $21,067.95 |
| Proposed Length Of Plan | 42 |
| Percentage to Unsecured | **100.00%** ? |
| Last Disbursement Date | 07/31/2020 |

NOTICE: The information provided herein is based upon the best information available. The information is modified on a regular basis. Neither the Trustee nor the National Data Center certifies that the information is fully accurate or complete and users are cautioned to base any action based upon this information upon independent verification of the information.

2

## CASE STATUS REPORT

In Re: **LINDA FAYE SLEDGE**

2803 183RD ST
LANSING, IL 60438

DATE: 12/15/20
CASE NO. 17 B 37207
CURRENT STATUS OF CASE: OPEN CASE

DATE FILED: 12/15/17
341 DATE: 1/23/18
FUNDS ON HAND: $1,280.46
CONFIRMED DATE: 3/5/2018 12:00:00AM

Our records indicate the following:

Through the above date, the debtor has paid the Trustee a total of $22,415.17.
The plan payments are $680.00 MONTHLY.

The debtor's attorney is

LEDFORD WU & BORGES          (312) 853-0200
105 W MADISON 23RD FL
CHICAGO, IL 60602

Payments received in last 12 months:

[12/17/2019-> $680.00]   [01/22/2020-> $680.00]   [02/19/2020-> $680.00]   [03/17/2020-> $680.00]   [04/17/2020-> $680.00]
[05/19/2020-> $680.00]   [06/16/2020-> $680.00]   [07/17/2020-> $680.00]   [11/30/2020-> $1,335.17]

The plan balances are as follows:

| CREDITOR NAME | CREDITOR TYPE | LAST DISB DATE | LAST DISB AMOUNT | DISBURSE ANNUAL | CLAIM AMOUNT | TOTAL TO BE PAID | INTEREST PAID | BALANCE OWED |
|---|---|---|---|---|---|---|---|---|
| • LEDFORD WU & BORGES | ATTORNEY FEE | 05/31/18 | 410.56 | $0.00 | 3,000.00 | 3,000.00 | 0.00 | PAID |
| LINDA FAYE SLEDGE | DEBTOR REFUND | N/A | 0.00 | $0.00 | NOT FILED | 0.00 | 0.00 | 0.00 |
| FIFTH THIRD BANK | SECURED VEHICLE OUTSIDE | N/A | 0.00 | $0.00 | PD DIRECT | 0.00 | 0.00 | 0.00 |
| NATIONSTAR MORTGAGE LLC | MORTGAGE OUTSIDE | N/A | 0.00 | $0.00 | PD DIRECT | 0.00 | 0.00 | 0.00 |
| NATIONSTAR MORTGAGE LLC | MORTGAGE ARREARS | 09/30/19 | 666.40 | $0.00 | 9,989.36 | 9,989.36 | 0.00 | PAID |
| • PACIFIC UNION FINANCIAL LLC | MORTGAGE NOTICES | N/A | 0.00 | $0.00 | NOT FILED | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | UNSECURED | N/A | 0.00 | $0.00 | 51.25 | 51.25 | 0.00 | 51.25 |
| ACCOUNT RESOLUTION SVC | UNSECURED | N/A | 0.00 | $0.00 | NOT FILED | 0.00 | 0.00 | 0.00 |
| ACCOUNT RESOLUTION SVC | UNSECURED | N/A | 0.00 | $0.00 | NOT FILED | 0.00 | 0.00 | 0.00 |
| Bank Financial | UNSECURED | N/A | 0.00 | $0.00 | NOT FILED | 0.00 | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | UNSECURED | 07/31/20 | 145.31 | $145.31 | 617.64 | 617.64 | 0.00 | 472.33 |
| 07/31/2020 $145.31 | | | | | | | | |
| NAVIENT | UNSECURED | N/A | 0.00 | $0.00 | NOT FILED | 0.00 | 0.00 | 0.00 |
| RMP LLC | UNSECURED | N/A | 0.00 | $0.00 | NOT FILED | 0.00 | 0.00 | 0.00 |
| RMP LLC | UNSECURED | N/A | 0.00 | $0.00 | NOT FILED | 0.00 | 0.00 | 0.00 |
| TRUST REC SV | UNSECURED | N/A | 0.00 | $0.00 | NOT FILED | 0.00 | 0.00 | 0.00 |
| UNIVERSITY EYE SPECIALISTS | UNSECURED | N/A | 0.00 | $0.00 | NOT FILED | 0.00 | 0.00 | 0.00 |
| WELLS FARGO BANK NA | UNSECURED | N/A | 0.00 | $0.00 | NOT FILED | 0.00 | 0.00 | 0.00 |
| CODILIS & ASSOCIATES | MORTGAGE NOTICES | N/A | 0.00 | $0.00 | NOT FILED | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 07/31/20 | 254.72 | $4,201.91 | 4,201.91 | 4,201.91 | 0.00 | PAID |
| 12/30/2019 $87.51   02/28/2020 $643.28   03/31/2020 $1,286.56   04/30/2020 $643.28   05/29/2020 $643.28 | | | | | | | | |
| 06/30/2020 $643.28   07/31/2020 $254.72 | | | | | | | | |
| WELLS FARGO BANK NA | SECURED NATL OTHER NOT IN PLAN | 12/30/19 | 1,199.05 | $1,199.05 | 2,485.61 | 2,485.61 | 0.00 | PAID |
| 12/30/2019 $1,199.05 | | | | | | | | |
| • AT&T BANKRUPTCY | UNSECURED | 07/31/20 | 231.20 | $231.20 | 982.74 | 982.74 | 0.00 | 751.54 |
| 07/31/2020 $231.20 | | | | | | | | |
| NATIONSTAR MTG DBA MR COOPER | MORTGAGE NOTICES | N/A | 0.00 | $0.00 | NOT FILED | 0.00 | 0.00 | 0.00 |
| M. O. MARSHALL | TRUSTEE FEE | | | | 1148.43 | 1148.43 | | 67.11 |

Projected Total Due: $1,342.23
Funds on Hand: $1,280.46
Fees Already Taken: $67.39
Unaudited Total Due: $-5.62

1737207

Re: Question about Audit

From: Linda Sledge (lfaye56@yahoo.com)
To: chiweb@55Chapter13.com
Date: Thursday, January 7, 2021, 02:12 PM CST

Case # 17-37207, located in statement #1.

Thank you

On Wednesday, January 6, 2021, 06:58:13 AM CST, chiweb <chiweb@55chapter13.com> wrote:

## What's the case number?

From: Linda Sledge <lfaye56@yahoo.com>
Sent: Tuesday, January 5, 2021 4:14 PM
To: chiweb <chiweb@55Chapter13.com>
Subject: Question about Audit

Hello, My condolences to the Vaughn family,

1. I received an audit dated 12/15/20 (attachment below). The Unaudited total due states $-5.62,
   What does this mean? It appears that all creditors have been paid, I would like to know if any monies are owed on this bankruptcy case # 17-37207 so that I can send the amount.

2. Also, I sent a court document informing you that Xiaoming Wu is not my attorney and was terminated on 10/29/19, PLEASE DO NOT CONTINUE TO SEND ANY CORRESPONDENCE RELATED    TO THIS BANKRUPTCY CASE TO XIAOMING WU OR ANY ATTORNEY AT BILLBUSTERS LAW FIRM.

3. I also informed the Trustee, and Judge Cox through my motion filed in court, that the claim from AT&T is fraudulent, AT&T was not placed on the "creditors" list that I filled out. Unfortunately the    Attorney assigned to my bankruptcy case, Xiaoming Wu, took my money to file bankruptcy and did nothing else. There are a lot of issues applicable to this case due to the incompetence of    Xiaoming WU including the 5 year time frame he calculated for this bankruptcy. I contacted AT&T who refused to acknowledge where and how any monies are owed to them. I am requesting a    copy of their claim form outlining monies they have claimed.

Thank you
Linda Sledge
2803 183rd st.
Lansing IL 60438
773-392-8043

• Confidentiality Notice: This e-mail message, including any attachments, is protected under the Electronic Communication Privacy Act, 18 U.S.C. §2510-2521, and is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

• Confidentiality Notice: This e-mail message, including any attachments, is protected under the Electronic Communication Privacy Act, 18 U.S.C. §2510-2521, and is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

3

# BILLBUSTERS
## Ledford, Wu and Borges, LLC
### Attorneys at Law
**Giving Consumers a Fighting Chance !**

## List of Creditors
Please provide a complete list of your creditors to the best of your ability. We will run a multi-bureau credit report for you before we file, but not all creditors report to the credit reporting agencies. By completing this list, we can prove to the court that you made a good faith effort to schedule all of your creditors, which is essential in receiving a discharge of your debts.

Client #: 73211  Client Name: Linda F. Sledge  Joint Client Name: ____

**1.**
Creditor Name: 5th 3rd Bank   Mailing Address: 38 Fountain Squar Plaza Cincinnati OH 45263
Collection Agent: ____   Mailing Address: ____
Account #: 0089612 1571   Date Incurred: 12-19-2012   Balance Owed: $14,881.37
Type of Debt (circle one): Credit Card   Medical Bill   Utility   Payday Loan   Student Loan   Mortgage   **(Vehicle)**   Tax   Other   CAR PAID Outside
Was this debt (circle one): **(Individual)** Joint   Was this debt for (circle one): Husband Wife

**2.**
Creditor Name: IRS   Mailing Address: IRS Cincinnati, OH 45999-0030
Collection Agent: IRS   Mailing Address: P.O Box 69 Stop 811 - Memphis TN 38101
Account #: 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   Date Incurred: 2014/2015   Balance Owed: $2,254.50
Type of Debt (circle one): Credit Card   Medical Bill   Utility   Payday Loan   Student Loan   Mortgage   Vehicle   **(Tax)**   Other
Was this debt (circle one): **(Individual)** Joint   Was this debt for (circle one): Husband Wife

**3.**
Creditor Name: Wells Fargo   Mailing Address: 800 Walnut St. Des Moines, IA 50309
Collection Agent: ____   Mailing Address: ____
Account #: 5774 4211 6359 8528   Date Incurred: 3-11-16   Balance Owed: $2,444.26
Type of Debt (circle one): Credit Card   Medical Bill   Utility   Payday Loan   Student Loan   Mortgage   Vehicle   Tax   **(Other)**
Was this debt (circle one): **(Individual)** Joint   Was this debt for (circle one): Husband Wife

**4.**
Creditor Name: University Eye Spec.   Mailing Address: 676 N. St Clair, Chgo IL 60611 Suite 1500
Collection Agent: ____   Mailing Address: ____
Account #: 61342   Date Incurred: 3-18-16   Balance Owed: $239.49
Type of Debt (circle one): Credit Card   **(Medical Bill)**   Utility   Payday Loan   Student Loan   Mortgage   Vehicle   Tax   Other
Was this debt (circle one): **(Individual)** Joint   Was this debt for (circle one): Husband Wife

**5.**
Creditor Name: Ingalls Hospital   Mailing Address: 1 Ingalls Dr. Harvey IL 60426
Collection Agent: HCFS LLC   Mailing Address: Alcoa Billing Center 3429 Regal Dr. Alcoa TN 37701
Account #: 2755879-1 & 44446094 456-8031   Date Incurred: 8-11-16   Balance Owed: $1,322.00
Type of Debt (circle one): Credit Card   **(Medical Bill)**   Utility   Payday Loan   Student Loan   Mortgage   Vehicle   Tax   Other
Was this debt (circle one): **(Individual)** Joint   Was this debt for (circle one): Husband Wife

# BILLBUSTERS
## Ledford, Wu and Borges, LLC
Attorneys at Law

105 W. Madison, 23rd Floor, Chicago, IL 60602
Telephone (312) 853-0200  Fax (312) 873-4693

## Initial List of Creditors

Please provide a list of who you owe, how much you owe and what type of debt it is. Do not include mortgages on real estate that you currently own or car payments on vehicles you currently own, as they have been addressed in the consultation forms. Do the best that you can, we will run a multi-bureau credit report as part of your case.

| Name of Creditor | Amount Owed | Type of Debt (credit card, medical bill, parking tickets, payday loan, utility, etc.) |
|---|---|---|
| ✓ Ingalls Hospital | $300 | Medical |
| University eye specialist | $200 | medical |
| ✓ IRS | $2000 | |
| Northwestern Hosp | $2,000 | Medical |
| Wells Fargo → WF | $2K | for gutter |
| 71 | $ | |
| Xiaoming Wu / Added Wells Fargo | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |

**Continue on back of sheet to list more creditors.**

4

**Email Sent : Sledge, Linda : Borges and Wu, LLC : File <73211>**

From: BillBusters (tm) (billbustersclientemail@gmail.com)

To: lfaye56@yahoo.com

Date: Monday, November 30, 2020, 11:09 AM CST

# BILLBUSTERS
## BORGES AND WU, LLC.
## 312-853-0200

Dear Ms. Sledge:

The Trustee has filed a motion to dismiss your Chapter 13 bankruptcy because the trustee's record shows that you are $2720.00 in default on the plan payment. The hearing date for this motion is 12/7/2020.

You must:

1. Mail or drop off at our office $2720.00 in money order or cashier's check, payable to **"Tom Vaughn, Trustee"** with your case number on it, to: Tom Vaughn, Trustee PO Box 588, Memphis, TN 38101-0588, no later than one week before the next hearing date; and

2. Fax the receipt of the payment to this office (312-873-4693) as soon as you put the payment in the mail OR

3. Call 877-495-7971 to make the Tom Vaughn ePay payment. Please call our office with the confirmation number and amount of the payment.

If you believe that you are current with the Trustee, you must provide proof of every payment made to the Trustee from the date that this case was filed. Proper proof consists of the front and back of EVERY money order/cashier's check mailed to the Trustee and/or copies of EVERY paycheck showing a deduction for the Trustee.

If you have had a significant change in circumstances (ie: decrease in pay or increase in expenses), we MAY be able to file a motion to defer the arrears. In order to do so, we will need proof of the change (pay stubs, copies of bills, etc.) BEFORE the court date. If you fail to follow these instructions, the court will dismiss your case. Thank you for your prompt attention.

Sincerely,

*Xiaoming Wu*
Attorney at Law

**United States Bankruptcy Court**
**Northern District of Illinois**

Jeffrey P. Allsteadt, Clerk of Court

Linda Faye Sledge
2803 183rd Street
Lansing, IL 60438

**Date:** 01/22/2021

| | |
|---|---|
| **Letter to Filer:** | **Case Number,** *if applicable*: 17-37207 |
| | **Case Name,** *if applicable*: Linda Faye Sledge |

**RETURN CHECK /MONEY ORDER/CASHIER'S CHECK**

☐ Unsigned

☐ Debtor(s) or Company check unacceptable

☐ No fee is required

☐ **OTHER: Please refer to last page – ADDITIONAL INFORMATION section.**

**NEW BANKRUPTCY CASE**

We were unable to process your case because the following documents are missing and required at case opening:

☐ Voluntary Petition (Official Form 101 or 201)

☐ No form of payment (one of the following is required)
- Full Filing Fee
- Application/Order for Individuals to Pay the Filing Fee in Installments (Official Form 103A)
- Application/Order to Have the Chapter 7 Filing Fee Waived (Official Form 103B)

☐ **OTHER: Please refer to last page – ADDITIONAL INFORMATION section.**

**CORRECTION(S) REQUIRED**

☐ Alias Summons:

☐ Amended Adversary Complaint:

☐ Adversary Proceeding Coversheet:

☐ Amended Petition to Correct:

☐ Motion to Redact and Proposed Order[1]

☐ **OTHER: Please refer to ADDITIONAL INFORMATION section below.**

**DEFICIENCY** – Please make all necessary corrections to the document(s) listed below:

☐ Amended Schedule/List of Creditors is deficient for payment. Please submit payment.

☐ Motion is deficient for payment. Please submit payment.

☑ Notice of Motion – please complete and submit.

☐ Proposed Order – please complete and submit.

☐ **OTHER: Please refer to ADDITIONAL INFORMATION section below.**

**INFORMATION**

☐ **CREDIT BUREAU** – The bankruptcy court does NOT perform any activities with the credit bureaus. You must contact the individual credit bureaus for their procedure for removing your bankruptcy filing from their credit report.

☐ No record of the case name or number exists in our court; therefore we cannot process your request and we're returning the enclosed documents to you.

☐ Case name/number is missing. Please provide the case name/number.

☐ There are several debtors listed. Please provide the correct case number.

**ADDITIONAL INFORMATION:**

The Notice of Motion filed is incomplete. Please file an Amended Notice of Motion and comply with the Third Amended General Order. Refer to Judge Cox's motion schedule at www.ilnb.uscourts.gov to pick a time and date. I have attached a copy of the Third Amended General Order to this letter that includes a sample of the Notice of Motion form.

---

[1] A motion to redact personal information prohibited under Fed.R. Bankr. P. 9037(A) should be filed without notice of motion and without serving other parties. The motion must be accompanied by a redacted version of the filed document and a proposed order requiring the clerk to substitute the redacted document for the un-redacted document. A proposed order can be found on the courts website http://www.ilnb.uscourts.gov under Forms/Local Bankruptcy Forms titled Order to Redact. We are attaching a sample of the order.

**IF APPLICABLE**

Include the name of the debtor/joint debtor, the case number, the signature of the debtor/joint debtor on all required documents.

Include the signature of the attorney representing the debtor/joint debtor.

**FORM OF PAYMENT REQUIREMENT** – Cashier's check or money order payable to **Clerk, U. S. Bankruptcy Court**.

**Mail the required document(s) or payment listed above, including this Letter to my attention at:**
**United States Bankruptcy Court, Eastern Division, 219 S. Dearborn, Chicago, IL 60604**

Deputy Clerk   April Galimba

Contact Number   312-435-5000

Updated: 11/22/2017